IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TYWANNA GREENE | ) |
| | ) |
| Wells Fargo Bank, N.A., | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 10B28271 |
| | ) JUDGE A. Benjamin Goldgar |
| TYWANNA GREENE, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the May 2011 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of April 27, 2011:

   | | |
   |---|---:|
   | a. Attorney's Fees | $250.00 |
   | b. Payments (5/11– 6/11: 2 @ $748.11) | $1,496.22 |
   | c. Property Inspection | $15.00 |
   | d. Suspense | –$498.90 |
   | Total | $1,262.32 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice Wells Fargo Bank, N.A. rights to collect these amounts will be unaffected.

Respectfully Submitted,
Wells Fargo Bank, N.A.

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088